IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SALLY YOUNG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMIARLY SITUATED,<br>    Plaintiff,<br><br>v.<br><br>SCHEER, GREEN & BURKE, CO. L.P.A. AND JOHN DOES 1-25,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:20-cv-00297<br>JUDGE MICHAEL TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Notice of Voluntary Dismissal with Prejudice. [Dkt. 4]. The plaintiff is seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). To the extent that the plaintiff's dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own attorneys' fees and costs. It is further ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 6th day of January, 2021.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge